No. 11,226.

## THE LOUISVILLE, NEW ALBANY AND CHICAGO RAILWAY COMPANY v. PIXLEY.

From the Montgomery Circuit Court.

A. D. Thomas, for appellant.

G. W. Paul and J. E. Humphries, for appellee.

BICKNELL, C. C.—This was an action by the appellee against the appellant to recover for a horse killed by the appellant's train of cars upon its railroad, where the same was not fenced.

There was a judgment below for the plaintiff. The defendant appealed.

The errors assigned are that the court overruled a demurrer to the complaint, and overruled the defendant's motion for a new trial.

The questions presented by these specifications of error are the same in substance as were decided in the case of Louisville, etc., R. W. Co. v. Shanklin, ante, p. 297. The appellant in its brief says: "The horses in that case were killed at the same time and at the same lick that this horse was, and the evidence is substantially the same in the two cases."

Upon the authority of the case just cited, the judgment of the court below in this case must be affirmed.

PER CURIAM.—It is therefore ordered, on the foregoing opinion, that the judgment of the court below be and the same is hereby in all thing affirmed at the costs of the appellant.

Filed March 29, 1884.

---

No. 10,945.

## SEAVEY v. MAPLES ET AL.

From the Superior Court of Allen County.

P. A. Randall and W. J. Vesey, for appellant.

C. H. Aldrich, J. M. Barrett, W. H. Coombs, R. C. Bell and J. Morris, for appellees.

FRANKLIN, C.—This case is between the same parties, the same questions are presented, and the same briefs filed, as in the case of Seavey v. Maples, ante, p. 205, herewith decided. Upon the authority of that case, the judgment in this case must be affirmed.

PER CURIAM.—It is therefore ordered, that the judgment of the court below be and it is in all things affirmed, with costs.

ZOLLARS, J., did not participate, having been of counsel.

Filed March 14, 1884.